No. 194. STAR METAL MFG. CO. ET AL. *v.* ALLEN FILTER Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. E. Hayward Fairbanks* for petitioners. *Mr. Percy H. Moore* for respondent.

No. 196. PACKARD MOTOR CAR Co. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. J. Robert Sherrod* and *Robert N. Miller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

No. 197. COUGHLIN *v.* SOUTHWESTERN BELL TELEPHONE Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. D. A. Simmons* and *Thomas H. Ball* for petitioner. *Messrs. Nelson Phillips* and *Jos. W. Jamison* for respondent.

No. 198. GAMBLE *v.* DANIEL, RECEIVER. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Francis A. Brogan, Edgar M. Morsman, Jr.,* and *C. A. Sorensen* for petitioner. *Messrs. Arthur F. Mullen* and *Paul L. Martin* for respondent.

No. 200. HALPIN, TRUSTEE, *v.* SAVANNAH RIVER ELECTRIC Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. D. W. Robinson, E. H. Callaway,* and

*George E. O'Connor* for petitioner. *Mr. F. B. Grier* for respondent.

No. 201. BOWMAN *v.* PENNSYLVANIA RAILROAD Co. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Charles A. Ludlow* for. petitioner. *Messrs. Frederic D. McKenney, John Spalding Flannery,* and *George · Bowdoin Craighill* for respondent.

No. 204. UNITED STATES EX REL. ENDICOTT ET AL. *v.* MELLON, SECRETARY OF THE TREASURY, ET AL. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. J. Harry Covington, Spencer Gordon,* and *Newell W. Ellison* for petitioners. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Sewall Key, Andrew D. Sharpe, W. Marvin Smith,* and *Clarence M. Charest* for respondent.

No. 207. MEANS *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John M. Perry, Arthur A. Ballantine,* and *George E. Cleary* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Fred K. Dyar* for the United States.

No. 211. QUICK ACTION IGNITION Co. ET AL. *v.* MAYTAG Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Howard M. Cox* and *Amasa C. Paul* for petition-